**IN RE: Dennis James MAYER, Petitioner**

**No. 16-4205**

United States Court of Appeals, Third Circuit.

(Opinion filed: February 7, 2017)

Submitted Pursuant to Rule 21, Fed. R. App. P. January 19, 2017

Dennis James Mayer, Pro Se

Andrew J. Natalo, Esq., Crawford County Office of District Attorney, Meadville, PA, for Defendant-Respondent

Before: CHAGARES, VANASKIE and KRAUSE, Circuit Judges

---

172

OPINION *

PER CURIAM

Pro se petitioner Dennis James Mayer seeks a writ of mandamus to compel the United States District Court for the Western District of Pennsylvania to issue a final appealable order in his federal habeas case.[1]

By order entered on December 9, 2016, the District Court granted Respondents' motion to dismiss, denied Mayer's habeas petition, and declined to issue a certificate of appealability. Because Mayer has now received the relief he requested in his mandamus petition—a final, appealable order—we will dismiss his mandamus petition as moot. See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698–99 (3d Cir. 1996).

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not constitute binding precedent.

1. We previously dismissed Mayer's appeal of the Magistrate Judge's Report and Recommendation for lack of jurisdiction. See C.A. No. 16–3338.